# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICOLE MARIE RUBENDALL,** | : | No. 1:15-cv-1266 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Mehalchick) |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Commissioner of the** | : | |
| **Social Security Administration,** | : | |
| | : | |
| Defendant | : | |

## O R D E R

Before the Court in the above captioned action is the August 15, 2016 Report and Recommendation of Magistrate Judge Mehalchick. (Doc. No. 17.) No timely objections have been filed.

Accordingly, this 6th day of September, 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 17), of Magistrate Judge Mehalchick;

2) The Commissioner's decision is **AFFIRMED**, and Plaintiff's requests for relief are **DENIED**;

3) Final judgment is entered in favor of Defendant and against Plaintiff; and

4) The Clerk of Court shall **CLOSE** the case.

*s/ Yvette Kane*
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania